## NEW RICHMOND EXEMPTED VILLAGE SCHOOLS
1135 Bethel-New Richmond Road
New Richmond, Ohio 45157
513-553-2616
www.nrschools.org

Tracey Miller
Superintendent
Fax: 513-553-6431

Matthew Prichard
Treasurer
Fax: 513-553-6445

November 6, 2024

**_VIA Hand Delivery_**

Ms. Karen Cahall
968 East Apple Gate Drive
Cincinnati, OH   45245

Re: Notice of Suspension

Dear Ms. Cahall:

     The purpose of this letter is to place you on notice that in accordance with Article 5 of the Master Contract, you are hereby being placed on a three-day unpaid suspension which shall take place on November 8, 2024, through November 12, 2024. You will resume your employment duties the next working day following your suspension. During the suspension, you are not to appear on School District premises or attend District-sponsored events.

     As discussed at the pre-discipline meeting regarding this matter, the reasons for your suspension are that you engaged in an intentional and serious violation of Board policy and procedure. You acknowledged that you placed books in your third-grade math/science classroom library that contained themes and discussion of topics of a controversial nature that were not related to the instructional goals of the course of study and the level of maturity of the students in your classroom, as required by Board policy. These books included Ana on the Edge, The Fabulous Zed Watson, Hazel Bly and the Deep Blue Sea, and Too Bright to See.

     You agreed that some topics contained in the books are controversial, although you do not believe that they should be. You also agreed that you did not get permission to place these books in your classroom library. You understood from what you referred to as the "rainbow controversy," that some of the topics discussed in the books were controversial.

     You also knew the books were not acceptable because you asked for them to be placed in the library and were denied. You subsequently placed the books in your classroom library without putting them through the established approval process.

     Finally, you have been a teacher for over thirty years in this District and I commend your service. However, I also know that based on your experience in this community you understand the values that many hold. This too should have informed you of the controversial nature of some of the topics in these books. The Board of Education has made clear that it values parental input and instills the values of the community in the programming of the District. This means that controversial issues are to be introduced and discussed in an appropriate time, place, and manner, in accordance with Board policy. The Board has adopted policy 2240 and administrative guideline 2520A for this purpose.

Exhibit 2

November 6, 2024
K. Cahall
Page 2

For the foregoing reasons, it is clear to me that your actions were intentional. You chose not to place the books through the required approval process because you knew they would be rejected as not related to the instructional goals of the course of study and the level of maturity of the students in your classroom. I understand that you believe that some of the books, particularly picture books are appropriate for your classroom. You may believe that some of the books listed above are appropriate for some of your students, but it is not for you to decide on books that require approval.

The nature of the policy and the manner in which the policy was violated is a serious matter. This type of behavior is completely unacceptable, will not be tolerated, and warrants significant discipline.

It is my sincere hope that you will internalize the discipline you are receiving and that you will reflect upon this in order to change. However, if you continue to behave in this manner in the future, you will be subjected to more severe discipline up to and including termination of your employment.

Sincerely,

Tracey D. Miller
Superintendent of Schools

Cc: Jamie Kunz, Principal
Matthew Prichard, CFO/Treasurer
Personnel File