IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KAREN CAHALL | CASE NO. 1:24-CV-688 |
| Plaintiff, | JUDGE DOUGLAS R. COLE |
| v. | |
| NEW RICHMOND EXEMPTED VILLAGE SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Now comes plaintiff Karen Cahall, by and through counsel, and moves this Honorable Court for leave to file the attached Amended Complaint and Jury Demand. A brief in support of this motion is attached hereto and incorporated herein.

Respectfully Submitted,

s/ *Mark P. Herron*
Mark P. Herron (0051998)
5001 Mayfield Road, Suite 212
Lyndhurst, Ohio  44124
(216) 280-2828
Email:  herronlaw@msn.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

A copy of the foregoing was sent through the Court's ECF system this 21st day of March, 2025, to:

    Tabitha Justice, Esq.
    Subashi, Wildermuth & Justice
    The Greene Town Center, Suite 230
    Dayton, Ohio  45440

    Attorney for Defendants

    s/ *Mark P. Herron*
    Mark P. Herron (0051998)
    5001 Mayfield Road, Suite 212
    Lyndhurst, Ohio  44124
    (216) 280-2828
    Email:  herronlaw@msn.com

    Attorney for Plaintiff

## BRIEF IN SUPPORT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, plaintiff Karen Cahall moves this Honorable Court for leave to file the attached Amended Complaint and Jury Demand. This motion is timely filed in accordance with the Scheduling Order previously filed in this matter (ECF No. 13) – a date that the parties previously agreed to in their joint planning meeting report (ECF No. 10). Civil Rule 15 provides that leave to amend shall be freely given.

The purpose of the amended pleading is to place in the record additional evidence related to New Richmond Board Policy 2240 and the discipline administered to plaintiff Karen Cahall for allegedly violating it that is at the core of this lawsuit. Ms. Cahall was disciplined for having four books featuring LGBTQ+ characters in her personal classroom library. Ms. Cahall neither taught from these books nor directed any student to read them. In issuing the discipline, defendant Tracey Miller stated that Ms. Cahall should have known that having such books in her classroom was impermissible based upon previous issues in the District over LGBTQ+ issues – including the "Rainbow controversy" referenced in the suspension notification.

It has since been learned that New Richmond has in its school library and available to students other books that feature an LGBTQ+ character. Specifically, New Richmond has several books from the "Captain Underpants" series in the school library (Exhibit 1). One of the main characters in the series is Harold Hutchins – a fourth grader. In the series, Hutchins is identified as being gay. The presence of books from the "Captain Underpants" series in the school library raises serious questions as to whether having materials that feature gay characters truly is "controversial" as well as the consistency of enforcement of Board Policy 2240. It also poses the question of why is would supposedly be so obvious to Ms. Cahall that her books would not be allowed if the "Captain Underpants" books are allowed.

New Richmond also has a book called "Boy Crazy Stacey" from "The Baby-Sitters Club" series (Exhibit 2).  While the book does not feature LGBTQ+ characters, some might find both the title and the cover art to be inappropriate.  Thos too raises questions about the standards used by New Richmond to determine what is or is not "controversial" and the consistency of the District's application and enforcement of Board Policy 2240.

Finally, it has been learned that another teacher has been openly displaying a sign in the classroom that states "He is for you" – which can reasonably be interpreted as a Christian religious message (Exhibit 3).  The allowance of such a message openly viewable in a classroom while suspending Ms. Cahall for possessing materials that are in alignment with her religious views raises serious Equal Protection, Free Exercise and Establishment Clause questions – including whether New Richmond is maintaining the required neutrality towards differing religious viewpoints.  See, e.g., *Masterpiece Cakeshop v. Colorado Civil Rights Commission*, 584 U.S. 617, 634 (2018); *Meriwether v. Hartop*, 992 F.3rd 492, 512 (6th Cir. 2021).  All of these matters are directly relevant to Ms. Cahall's constitutional claims.

Ms. Cahall therefore respectfully requests leave to file the attached amended complaint.  The amendment is timely and no undue prejudice will inure to the defendants.

        Respectfully Submitted,

        s/ *Mark P. Herron*
        Mark P. Herron (0051998)
        5001 Mayfield Road, Suite 212
        Lyndhurst, Ohio  44124
        (216) 280-2828
        Email:  herronlaw@msn.com

        Attorney for Plaintiff