IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KAREN CAHALL, | CASE NO. 2:24-CV-688 |
| Plaintiff | JUDGE DOUGLAS R. COLE |
| v. | |
| NEW RICHMOND EXEMPTED VILLAGE SCHOOL DISTRICT BOARD OF EDUCATION, et al, | |
| Defendants | |

## NOTICE OF APPEAL

Plaintiff Karen Cahall, by and through counsel, appeals to the United States Court of Appeals for the Sixth Circuit from the order denying plaintiff's motion for leave to amend her complaint, granting defendants' motion for judgment on the pleadings and the final judgment entered on September 29, 2025 (ECF Nos. 25 and 26).

s/*Mark P. Herron*
Mark P. Herron (0051998)
5001 Mayfield Road, Suite 212
Lyndhurst, Ohio  44124
(216) 280-2828
Email:  herronlaw@msn.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on October 29, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/*Mark P. Herron*
Mark P. Herron (0051998)
5001 Mayfield Road, Suite 212
Lyndhurst, Ohio  44124
(216) 280-2828
Email:  herronlaw@msn.com

Attorney for Plaintiff